**Stratton O. HAMMON, Appellant,**

v.

**Charles N. BAYLESS, Appellee.**

Court of Appeals of Kentucky.

Feb. 14, 1958.

Booth, Booth & Humphrey, Alexander G. Booth, Alex P. Humphrey, Louisville, for appellant.

Joe A. Wallace, Henry D. Hopson, Louisville, for appellee.

PER CURIAM.

This is a malicious prosecution case. We are affirming the judgment for $2,000 on a jury verdict because we think the appellant did not have probable cause for filing a complaint against the appellee with the State Board of Examiners and Registration of Architects. Nor do we believe that he made full and fair disclosure of all the material facts to his attorneys before he filed the charges against Bayless.

The motion for an appeal is overruled, and the judgment is affirmed.